IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | |
|---|---|---|
| LACI ISLER, A Minor, Who Sues By and Through her Mother and Next Friend, BRITTANY ISLER, INDIVIDUALLY | | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: | 4:15-CV-33-DMB-JMV |
| LIFEPOINT HOSPITAL, INC., d/b/a BOLIVAR MEDICAL CENTER, GREGORY P. NORWOOD, M.D., FICTITIOUS DEFENDANTS | | DEFENDANTS |

### ORDER SUBSTITUTING THE UNITED STATES OF AMERICA FOR DEFENDANT, GREGORY P. NORWOOD, M.D. AND AMENDING CAPTION

The Court having been fully apprised that the Attorney General's designee has certified that the Defendant, Dr. Gregory P. Norwood, was acting within the scope of his employment with the Delta Health Center, Inc. pursuant to 28 U.S.C. §2671 at the time of the incident giving rise to this suit, and the Court having been apprised of the substitution of the United States of America as to Defendant, Dr. Gregory P. Norwood, pursuant to the Federal Tort Claims Act, 28 U. S. C. §§ 1346(b); 2401(b); 2671-2680 (2000), it is hereby

**ORDERED** that pursuant to the provisions of 28 U.S.C. §2679(b)(1) and §2679(d)(1),(d)(2), and (d)(4), all claims set forth in the Complaint against Dr. Gregory P. Norwood are dismissed with prejudice on the grounds that the exclusive remedy for these tort claims against Dr. Gregory P. Norwood is an action against the United States of America, and because the United States of America has been substituted as the defendant as to all claims alleged against Defendant, Dr. Gregory P. Norwood, in this tort action;

It is further **ORDERED** that the caption of this action shall be amended to reflect the substitution of the United States of America as to all claims alleged against Dr. Gregory P. Norwood in this tort action. Further, any and all claims alleged against Dr. Gregory P. Norwood, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 54(b).

**SO ORDERED**, this the 1st day of April, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**